# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | C.A. No. 17-184-VAC-SRF |

## DEFENDANT SIRIUS XM RADIO INC.'S MOTION TO STAY PENDING RESOLUTION OF ITS MOTION TO DISMISS

Defendant Sirius XM Radio Inc. respectfully moves the Court to stay this case pending a determination on Sirius XM's Motion to Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Jonathan S. Caplan
Mark A. Baghdassarian
P. Bradley O'Neill
Shannon H. Hedvat
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
 (212) 715-9100

Dated: May 15, 2017
5161126

POTTER ANDERSON CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (# 3215)
Jonathan A. Choa (#5319)
1313 North Market Street 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Sirius XM Radio Inc.*