# EXHIBIT A

## **DISCLOSURE AND REVIEW OF SOURCE CODE**

**Sirius XM Position:**

- **¶ 12**

12.     The term "Source Code" shall mean computer instructions and code, scripts, binaries, object code, data definitions, source code listings, and any of the foregoing expressed in a form suitable for input to an assembler or compiler, along with associated comments found within the source code files.  For purposes of clarity, Source Code as defined in this Order shall include any code (such as RTL, HDL, VHDL, Verilog, netlists), hardware-based documents (such as RTL, HDL, VHDL, Verilog, netlists, physical synthesis, schematics, and similar documents) or technical software documents (such as flow charts and design and functional specifications) that disclose code, are required for code compilation, and/or are used for and/or in the generation of building of an ASIC (Application Specific Integrated Circuit) or software directly executed on a microprocessor, micro-controller or digital signal processor.

- **¶¶ 37-46**

37.     To the extent production or inspection of Source Code becomes necessary in this Action, a Producing Party may designate Source Code as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" if it comprises or includes confidential, proprietary and/or trade secret Source Code.  The Parties agree that, in addition to the provisions set forth herein, disclosure and review of Source Code shall be subject to the Court's Default Standard for Access to Source Code.  To the extent that there are differences between the Default Standard and this Order, this Order shall control.

38.     Protected Material designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" shall be subject to all of the protections afforded to such

information as set forth in this Order, and may be disclosed only to the individuals to whom HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" information may be disclosed as set forth in this Order.

39. Source Code shall be maintained by the Producing Party and made available for inspection by the Receiving Party at the offices of the Producing Party or its Outside Counsel, access to which shall be controlled by reasonable physical and electronic security measures. Recording devices, recordable media or other electronic devices (including but not limited to sound recorders, computers, PDAs, landline or cellular telephones, peripheral equipment, cameras, CDs, DVDs, floppy drives, zip drives, thumb drives, USB memory sticks, portable hard drives, iPhones, etc.) are not permitted inside the secure room where any Source Code review takes place. The Producing Party shall provide all equipment reasonably necessary to permit the Receiving Party to efficiently inspect the Source Code.

40. The Receiving Party's Outside Counsel and/or permitted Experts shall be entitled to take notes relating to the Source Code but may not copy the Source Code into the notes and may not take such notes electronically except on the Source Code Computer itself. The Receiving Party may not remove from the room in which the Source Code is inspected any copies of all or any portion of the Source Code. Other than notes as set forth in this Section, no other written or electronic record of the Source Code is permitted.

41. Prior to any inspection of Source Code that the Producing Party has made available for inspection, the Receiving Party shall provide at least seven (7) days' written notice that it wishes to inspect such Source Code. Such notice shall include an identification of all persons who will attend the review of the Source Code. Such identification shall be in addition to any other disclosure required under this Order. All persons viewing Source Code shall sign on

each day they view Source Code a log that will include the names of persons who enter the locked room to view the Source Code and when they enter and depart.

42. No electronic copies of Source Code shall be made without prior written consent of the Producing Party, except as necessary to create documents which, pursuant to the Court's rules, procedures and order, must be filed or served electronically. In no event may Source Code be scanned using optical character recognition ("OCR") technology.

43. As set forth in the Court's Default Standard for Access to Source Code, Source Code may not be printed or copied without the agreement of the Producing Party or further order of the Court.  After an inspection of Source Code, a Receiving Party may request in writing, from the Producing Party, printouts of the Source Code.  All printout requests by a Receiving Party for a given Producing Party's Source Code throughout the Action may not collectively exceed a total of 500 pages of Source Code, subject to further agreement between the Parties or by order of the Court.  A Receiving Party may not request to print any continuous block of Source Code that results in more than 50 printed pages.  For any request for a printout of a continuous block of Source Code exceeding 50 printed pages, the burden shall be on the Receiving Party to demonstrate the need for such a printed copy.  Outside Counsel for the Designating Party will keep the original printouts of the Source Code and shall provide copies of such original printouts to Outside Counsel for the Receiving Party within seven (7) business days of the Receiving Party's written request for printouts.

44. If the Receiving Party's Outside Counsel or Experts obtain printouts or photocopies of Source Code, the Receiving Party shall ensure that such Outside Counsel and/or Experts keep the printouts or photocopies in a secured locked area in the offices of such Outside Counsel or Expert. The Receiving Party may also temporarily keep the printouts or photocopies

at: (i) the Court for any proceedings(s) relating to the Source Code, for the dates associated with the proceeding(s); (ii) the sites where any deposition(s) relating to the Source Code are taken, for the dates associated with the deposition(s); and (iii) any intermediate location reasonably necessary to transport the printouts or photocopies (e.g., a hotel prior to a Court proceeding or deposition).

45. A Receiving Party may include excerpts of Source Code in a pleading, exhibit, expert report, discovery document, deposition transcript, and/or other Court document, provided that such excerpts are limited to only what is reasonably necessary for such document and that the documents containing Source Code are appropriately marked under this Order, restricted to those who are entitled to have access to them as specified in this Order, and, if filed with the Court, filed under seal in accordance with this Order.

46. To the extent portions of Protected Material are quoted in a document, the entire document will be stamped and treated as Source Code material.

**Fraunhofer Position:**

- **¶ 12**

    12.    The term 'Source Code' shall mean the human-readable textual form of computer instructions expressed in a form for assembling, compiling, or translating into executable software.

- **¶¶ 37-46**

Default Standard.

Documents with excerpts of fewer than 50 contiguous lines of source code would be produced under the "Highly Confidential – Attorneys' Eyes Only" designation.

Documents with excerpts of 50 or more contiguous lines of source code would be produced with the block of source code redacted under the "Highly Confidential – Attorneys' Eyes Only" designation, and unredacted versions would be produced under the "Highly Confidential – Attorneys' Eyes Only – Source Code" designation.