IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., | ) ) ) ) |
| Plaintiff, | ) C.A. No. 17-cv-184-JFB-SRF ) |
| vs. | ) ) |
| SIRIUS XM RADIO INC., | ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties, subject to the approval of the Court, hereby agree that, with respect to production of e-mail, the deadline for substantial production of documents is extended to February 14, 2018.

Dated: February 2, 2018                                    Respectfully submitted,

FARNAN LLP                                                 POTTER ANDERSON & CORROON LLP

/s/ Michael J. Farnan                                      /s/ Philip A. Rovner
Brian E. Farnan (#4089)                                    Philip A. Rovner (#3215)
Michael J. Farnan (#5165)                                  Jonathan A. Choa (#5319)
919 North Market Street                                    Hercules Plaza
12th Floor                                                 P.O. Box 951
Wilmington, DE 19801                                       Wilmington, DE 19899
(302) 777-0300 (Telephone)                                 (302) 984-6000
(302) 777-0301 (Facsimile)                                 provner@potteranderson.com
bfarnan@farnanlaw.com                                      jchoa@potteranderson.com

*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

IT IS SO ORDERED this _____ day of February, 2018.

_____
The Honorable Sherry R. Fallon