**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., <br><br> Plaintiff, <br><br> vs. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | ) ) ) ) ) ) Case No. 17-184-JFB-SRF ) ) ) ) ) ) ) |

**PLAINTIFF FRAUNHOFER'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**

Plaintiff, by and through its undersigned counsel, hereby moves for leave to file its Amended Complaint. Plaintiff also moves to modify the Scheduling Order in this case to the extent necessary to permit such amendment. The grounds for this Motion are set forth in the opening brief filed concurrently herewith. On April 11, 2018, counsel for Plaintiff met and conferred with counsel for Defendant regarding the filing of this Motion, pursuant to D. Del. L.R. 7.1. Defendant's counsel told Plaintiff's counsel that SXM will oppose this motion.

Dated: April 16, 2018

Respectfully submitted,

FARNAN LLP

*/s/* Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Ben J. Yorks (admitted *pro hac vice*)
David McPhie (admitted *pro hac vice*)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
byorks@irell.com
dmcphie@irell.com

*Attorneys for Plaintiff*