**RULE 7.1.1 CERTIFICATION**

As set forth on page 3 of the Memorandum in Support of Plaintiff Fraunhofer's Motion for Leave to File an Amended Complaint, Defendant has not consented to the relief sought in the foregoing motion.

    /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)