IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FORDERUNG DER ANGEWANDTEN FORSCHUNG E.V.<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO INC.<br><br>Defendant. | **1:17CV184**<br><br>**ORDER** |

   This matter is before the Court on its own motion.  Plaintiff Fraunhofer-Gesellschaft Zur Forderung Der Angewandten Forschung E.V. ("Fraunhofer") asserts a claim of patent infringement.  Defendant Sirius XM Radio Inc. ("SXM") moved to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), asserting that SXM cannot be found to infringe because it maintains a sublicense to the patents-in-suit. D.I. 10.  The Magistrate Judge issued a Report and Recommendation recommending dismissal of the action. D.I. 146.  Fraunhofer thereafter moved to amend the complaint in an effort to cure the deficiencies highlighted in the Magistrate Judge's Report and Recommendation, but that motion was denied. D.I. 156 & 172.  This Court overruled Fraunhofer's objections to Magistrate Judge's ruling denying leave to amend, adopted the Magistrate Judge's recommendation to grant SXM's Rule 12(b)(6) motion and dismissed the case. D.I. 175. Fraunhofer appealed the dismissal  D.I. 182.

   On October 17, 2019, the Court of Appeals for the Federal Circuit vacated this Court's dismissal of the action and reversed the denial of Fraunhofer's motion to amend.  It remanded the action for proceedings consistent with its opinion. D.I. 193.  There

remains pending an objection (D.I. 190) to the Magistrate Judge's order (D.I. 188) denying SXM's motion to declare this case exceptional under 35 U.S.C. § 285.  D.I. 177.  In view of the foregoing, the objection will be denied as moot.

The defendant's motion for leave to amend its answer is granted. D.I. 175.

The above caption matter is referred to the Magistrate Judge for progression.

**IT IS SO ORDERED.**

Dated this 25th day of November 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge