IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 17-184-JFB-SRF |
| SIRIUS XM RADIO INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER AMENDING ¶¶ 37-46 (DISCLOSURE AND REVIEW OF SOURCE CODE) OF THE PROTECTIVE ORDER**

Plaintiff Fraunhofer-Gesellschaft Zur Forederung der Angewandten Forschung E.V. ("Fraunhofer") and Defendant Sirius XM Radio Inc. ("Sirius XM") (collectively, "the Parties"), hereby jointly stipulate and respectfully request that the Court amend the Protective Order (D.I. 90) as provided below.

In support of this stipulated request, the Parties jointly state as follows:

WHEREAS, the COVID-19 pandemic has impacted the daily business operations of the parties and their respective counsel, including the closure of offices;

WHEREAS, in light of the COVID-19 pandemic, the parties have conferred and agreed that, subject to the Court's approval, the Disclosure and Review of Source Code procedure and requirements under the Protective Order (¶¶ 37-46) should be amended as set forth below in order to account for the uncertainties surrounding the pandemic and the restrictions in place at the direction and guidance of local governments including the closure of certain offices, such as that of the Producing Party as well as other third party locations where a source code review might take place and to further accommodate Fraunhofer's request to conduct a remote review of

source code, solely during the pandemic;

WHEREAS, the parties' proposed modifications to the Protective Order do not impact the requirements set forth therein except for the limited purpose of permitting, to the extent feasible, the review of source code during the time period in which the COVID-19 pandemic continues to impact daily business operations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Fraunhofer and Sirius XM that, for purposes of Fraunhofer's source code review to be conducted during the COVID-19 pandemic, the provisions of the Protective Order regarding Disclosure and Review of Source Code be amended as follows:

The parties agree that to the extent not addressed in this Stipulation, all requirements and procedures set forth in the Protective Order govern.

All capitalized terms as used herein, unless otherwise defined, shall be defined as under the Protective Order.

Except as otherwise provided herein, this Stipulation in no way permits Fraunhofer's Outside Counsel or Experts from reviewing, accessing, copying, printing, or otherwise using Sirius XM's Source Code in any other way except in accordance with the restrictions set forth in the Protective Order.

The requirements under the Protective Order for notice of a Source Code review, including the identification of those attending and dates for the review as set forth in ¶ 41 of the Protective Order, shall remain in effect except to the extent the Vendor (as defined herein) requires additional notice time in advance of any requested date(s) for a review.

Fraunhofer's Experts and/or Outside Counsel shall be permitted to review Sirius XM's Source Code through the third party vendor InnovaSafe, Inc. ("Vendor") that the parties have

2

approved of prior to the date hereof[1] (the "Review") that:

> (1) will provide Fraunhofer's reviewing Experts and/or Outside Counsel with the hardware, and any other requisite equipment, to facilitate the remote conduct of the Review, including a monitor, keyboard, mouse, Thin Client, and web or video camera (the "Hardware"); and
>
> (2) will allow for monitoring via web or video camera, by a person or persons designated by Sirius XM,[2] of the Review conducted by Fraunhofer's Experts and/or Outside Counsel as they conduct the Review, via web or video camera only as provided by the Vendor, as a means of "control[] by reasonable physical and electronic security measures" under ¶ 39 of the Protective Order, to ensure compliance with the governing provisions of the Protective Order including, but not limited to, the prohibition against all Recording devices, recordable media, or other electronic devices in the Review location ("the "Monitoring").

Neither the Expert nor Outside Counsel may use, alter or manipulate the Hardware in any way other than as necessary to view the Source Code in compliance with the Protective Order.

The Monitoring permitted under (2) above not be conducted in a manner that

---

[1] The parties acknowledge that as of the date hereof, the parties have agreed upon the use of InnovaSafe, Inc. ("InnovaSafe") as the Vendor to facilitate the review of Source Code contemplated by this Stipulation. The parties acknowledge and agree that if, during the pandemic and the time during which this Stipulation is in effect, InnovaSafe can no longer provide the remote review of Source Code contemplated hereunder, the parties will meet and confer in good faith to identify a different Vendor that complies with the requirements set forth in this Stipulation and the Protective Order.

[2] Any such person shall execute Exhibit A of the Protective Order and provide a copy to Fraunhofer and Sirius XM.

would allow Sirius XM access to any analysis or work product of Fraunhofer's Experts and/or Outside Counsel (including viewing the portions of the code that are under review during the Review), nor shall Sirius XM be granted access to any other privileged communications undertaken as part of the Review such as telephonic voice communications between Fraunhofer's Experts and Outside Counsel.  The Monitoring shall further comply with the requirements set forth in ¶ 43 of the Protective Order, specifically that "Receiving Party's notes shall be considered protected work product, and must not be reviewed by the Producing Party or their Outside Counsel or Experts."  Any information associated with this Monitoring (including web or video camera output) shall be treated as Fraunhofer's "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" information under the Protective Order, shall not be used for any purpose except to ensure compliance with the Protective Order and this Stipulation, and shall not be kept or maintained in any format following conclusion of the Review, except to the extent such information is submitted to the Court to raise any challenge as to whether compliance with the Protective Order and Stipulation was met during the subject Review. Both parties shall comply with all provisions of ¶ 43 of the Protective Order to the extent applicable.

      Fraunhofer acknowledges that it has agreed to the use of InnovaSafe as the Vendor and shall be responsible for all Vendor charges associated with the Review and has agreed to directly accept invoices from the Vendor in order to remit all requisite payments.  Sirius XM confirms that it has disclosed a reasonable, good-faith estimate of such charges as provided by InnovaSafe and based on the information to date that Sirius XM has received from Fraunhofer regarding the scope and length of its requested Review

and the information to date it has received from InnovaSafe.  Fraunhofer confirms that it has separately communicated with InnovaSafe and confirmed the reasonable, good-faith estimate of such charges that Sirius XM has provided.  The parties agree to meet and confer in good faith further if the actual expenses significantly exceed such estimate including consideration of whether such additional expenses are a result of additional requests put forth by the Reviewing Party and/or its Experts for the remote Review. Both parties reserve the right to seek further relief from the Court as appropriate and only to the extent necessary.

The Review facilitated through the Vendor and pursuant to this Stipulation shall only be provided while the COVID-19 pandemic continues to cause the offices of Outside Counsel for Sirius XM to remain closed and/or prohibit visitors to the premises.

Dated:  May 21, 2020                               Respectfully submitted,
6739099

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Brian E. Farnan* <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market St. <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | By: */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Sherry R. Fallon