# TRANSLATOR AFFIDAVIT

I, Eve Hecht, being duly sworn, make this my affidavit and state:

I am a professional translator. I work as an independent contractor. I was contracted by Divergent Language Solutions, LLC to provide document translation for this matter.

I am fluent in both the German and English languages. My qualifications include 25 years of experience as a translator of written documents from German to English. I have been accredited by the American Translators Association in German to English translation since 1995. I taught German to English legal and commercial translation in New York University's Translation Studies Program for 18 years.

I have received and translated from German into English the document Letter to the US District Court of Delaware regarding Case 1:17-cv-00184-JFB-SRF, dated July 9, 2021 and hereby attest that the attached English translation is a fair and accurate translation of the German original to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
(Affiant's Signature)

_____
Eve Hecht
(Affiant's Printed Name)

State of New Jersey

County of Union

Subscribed to and sworn before me this 29th day of July, 2021,

by Eve Hecht.

_____
Notary Public

Gabriela E. Guillen DeCordova
NOTARY PUBLIC OF NEW JERSEY
Commission # 2459487
My Commission Expires 11/19/2024

Case 1:17-cv-00184-JFB-SRF Document 438 Filed 07/29/21 Page 1 of 2 PageID #: 9171

SH  Schleswig Holstein
Ministry for Justice, European Affairs and Consumer Protection

Ministry for Justice, European Affairs and Consumer Protection
POB 71 45 | 24171 Kiel

United States District Court
District of Delaware
844 N. King Street
Room 3124, Unit 14
Wilmington DE 19801-3555
USA

Your reference: /
Your message dated: /
My reference: II 323/9341-E-A45-3/21
My message dated:/

Sabine Fischer
Sabine.Fischer@jumi.landsh.de
Tel: 0431 988-3857
Fax: 0431 988-612-3857

July 9, 2021

**Convention on the Taking of Evidence Abroad in Civil and Commercial Matters dated March 18, 1970;**

here:   Your request dated November 30, 2020 (received here on May 25, 2021)
File no.: C.A. No. 17-184-JFB-SRF –

Ladies and gentlemen:

I regret that I must inform you that your request, cited above in greater detail, cannot be carried out on all points.

Concerning No. 11 (i) of your request
I cannot comply with your application to permit a videographer to record the questioning of the witnesses, since Sec. 128a Paragraph 3 Sentence 1 of the Code of Civil Procedure forbids any recording.

However, there would be the option for you to follow the examination via videoconference link to the extent that this is technically feasible.
But questioning by US judges or court officials in questioning via a video link would not be provided.

Concerning No. 11 (ii) of your request
According to German law cross-examination is not permitted. This does not affect the option for the parties' representatives to pose supplementary questions.

Concerning No. 11 (iii) to (vi) of your request
These points will be taken into account by the judges carrying out the examination or decided at their discretion.

**Office Building Lorentzendamm 35, 24103 Kiel | Tel. 0431 988-0 | Fax: 0431 988 3870 |** Poststelle@jumi.landsh.de |
**De-Mail:** Poststelle@jumi.landsh.de-mail.de | www.schleswig-holstein.de\mjev|
**Email addresses: No access for encrypted documents**

- 2 –

Under consideration of the above-cited statements I would like to ask you to send me a request that is modified accordingly, if applicable.

Sincerely yours
Sabine Fischer

Certified
[signature]
Clerk

[stamp:]
MINISTRY FOR JUSTICE,
EUROPEAN AFFAIRS
AND CONSUMER
PROTECTION OF THE
STATE OF SCHLESWIG
HOLSTEIN
1 LAW OFFICE
[crest]



Schleswig-Holstein
Ministerium für Justiz, Europa
und Verbraucherschutz

Ministerium für Justiz, Europa und Verbraucherschutz
Postfach 71 45 | 24171 Kiel

United States District Court
District of Delaware
844 N. King Street
Room 3124, Unit 14
WILMINGTON, DE 19801-3555
USA

Ihr Zeichen: /
Ihre Nachricht vom: /
Mein Zeichen: II 323/9341-E-A5-3/21
Meine Nachricht vom: /

Sabine Fischer
Sabine.Fischer@jumi.landsh.de
Telefon: 0431 988-3857
Telefax: 0431 988-612-3857

9. Juli 2021

**Übereinkommen über die Beweisaufnahme im Ausland in Zivil- oder Handelssachen vom 18. März 1970;**
hier: Ihr Ersuchen vom 30. November 2020 (hier eingegangen am 25. Mai 2021)
Aktenzeichen: C.A. No. 17-184-JFB-SRF –

Sehr geehrte Damen und Herren,

ich bedaure, Ihnen mitteilen zu müssen, dass Ihr oben näher bezeichnetes Ersuchen in der beantragten Form nicht in allen Punkten erledigungsfähig ist.

Zu Nr. 11. (i) Ihres Ersuchens
Ihrem Antrag, einem Videographen zu gestatten, die Zeugenbefragung aufzuzeichnen, kann ich nicht entsprechen, da § 128a Absatz 3 Satz 1 der Zivilprozessordnung eine Aufzeichnung verbietet.

Es bestünde allerdings die Möglichkeit, dass Sie die Vernehmung per Videokonferenzschaltung mitverfolgen, soweit dieses technisch realisierbar ist.
Eine Befragung durch US-amerikanische Richterinnen/ Richter oder Gerichtsbeamte bei einer Vernehmung via Videolink wäre aber nicht vorgesehen.

Zu Nr. 11. (ii) Ihres Ersuchens
Ein Kreuzverhör ist nach deutschem Recht nicht zulässig. Davon unberührt bleibt die Möglichkeit der Parteivertreter, ergänzende Fragen zu stellen.

Zu Nr. 11. (iii) bis (vi) Ihres Ersuchens
Diese Punkte werden von den die Vernehmung durchführenden Richterinnen oder Richtern beachtet bzw. nach pflichtgemäßen Ermessen entschieden.

---

Dienstgebäude Lorentzendamm 35, 24103 Kiel | Telefon 0431 988-0 | Telefax 0431 988-3870 | Poststelle@jumi.landsh.de |
De-Mail: Poststelle@jumi.landsh.de-mail.de | www.schleswig-holstein.de\mjev|
E-Mail-Adressen: Kein Zugang für verschlüsselte Dokumente

- 2 -

Unter Berücksichtigung der o. a. Ausführungen möchte ich Sie bitten, mir ggf. ein entsprechend modifiziertes Ersuchen zuzuleiten.

Mit freundlichen Grüßen
Sabine Fischer

Beglaubigt
Angestellte