# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRAUNHOFER-GESELLSCHAFT ZUR FÖRDERUNG DER ANGEWANDTEN FORSCHUNG E.V., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-00184-JFB-SRF |

## SIRIUS XM RADIO INC.'S CERTIFICATION PURSUANT TO STANDING ORDER FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72

Pursuant to the District of Delaware Standing Order for Objections Filed Under Fed. R. Civ. P. 72, Defendant Sirius XM Radio, Inc. ("SXM") hereby certifies that its Objections to Magistrate Judge's October 7, 2021 Oral Order (the "Order") do not raise new legal or factual arguments. SXM does refer to legal principles not raised in the prior briefing to demonstrate the implications of the Order, which granted relief contrary to the law.

|  |  |
|---|---|
| OF COUNSEL: <br><br> Jonathan S. Caplan <br> Mark A. Baghdassarian <br> Shannon H. Hedvat <br> KRAMER LEVIN NAFTALIS <br>  & FRANKEL LLP <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br>  (212) 715-9100 <br><br> Dated: October 21, 2021 <br> 7443528 | POTTER ANDERSON & CORROON LLP <br><br> By: */s/ Philip A. Rovner* <br>     Philip A. Rovner (#3215) <br>     Jonathan A. Choa (#5319) <br>     Hercules Plaza <br>     P.O. Box 951 <br>     Wilmington, DE 19899 <br>     (302) 984-6000 <br>     provner@potteranderson.com <br>     jchoa@potteranderson.com <br><br> *Attorneys for Defendant Sirius XM Radio Inc.* |