IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRAUNHOFER-GESELLSCHAFT ZUR
FORDERUNG DER ANGEWANDTEN
FORSCHUNG E.V.,

          Plaintiff,

   v.

SIRIUS XM RADIO INC.,

          Defendant.

1:17CV184

MEMORANDUM AND ORDER

This matter is before the Court on defendant Sirius XM Radio's motion to sanction plaintiff and patent owner Fraunhofer-Gesellschaft zur Förderung der angewandten Forschung E.V.  D.I. 600.  Assuming its truth, Sirius alleges a disappointing lack of candor.  D.I. 601.  But experience cautions against leaping to sanctions.  Given the cloud of fees, costs, and perhaps sanctions awaiting post trial, the Court trusts that the parties will adhere to *the highest standards of legal ethics* going forward.

THEREFORE, IT IS ORDERED THAT:

1.    The motion for sanctions, D.I. 600, is denied without prejudice to post trial reassertion.

2.    Sirius may seek *in limine* to inform the jury of Fraunhofer's alleged misconduct and the Court will consider it, contingent upon its merits.

Dated this 29th day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1